IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTINA WALKER and TRESSA THOMPSON,<br><br>    Defendants. | **8:21CR59**<br><br>**ORDER** |

  The defendants, Christina Walker and Tressa Thompson, have moved to continue the trial date (filing nos. 46 and 47). The motions are unopposed by counsel for the government. The court finds good cause has been shown and the motions should be granted. Accordingly,

  IT IS ORDERED:

1) The defendants' unopposed motions to continue trial (filing nos. 46 and 47) are granted.

2) **As to both defendants**, the trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom of the United States Courthouse, Omaha, Nebraska, at 9:00 a.m. on January 18, 2022, or as soon thereafter as the case may be called. Jury selection will be held at commencement of trial.

3) In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. **As to both defendants**, any additional time arising as a result of the granting of this motion, that is, the time between today's date and January 18, 2022, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

December 10, 2021.

                BY THE COURT:

                s/ Michael D. Nelson
                United States Magistrate Judge