IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTINA WALKER and TRESSA THOMPSON, <br><br> Defendants. | 8:21-CR-59 <br><br> FINAL ORDER OF FORFEITURE |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 106). On July 17, 2023, the Court entered a Preliminary Order of Forfeiture (filing 100) pursuant to 21 U.S.C. § 853, based on Christina Walker and Tressa Thompson's pleas of guilty to possessing methamphetamine with intent to distribute it, in violation of 21 U.S.C. § 841 and § 846, and the defendants' admissions of the forfeiture allegation brought against them. By way of the preliminary order of forfeiture, the defendants' interest in $2,810 in United States currency was forfeited to the United States. Filing 100.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on July 21, 2023, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 105) was filed on September 26, 2023. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 106) is granted.

2. All right, title, and interest in and to the $2,810 in United States currency held by any person or entity are forever barred and foreclosed.

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 18th day of October, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge